■ DEBRA K. WILLS et al., Respondents-Appellants, v PLANNING BOARD OF THE TOWN OF NEWFANE, Appellant, and RICHARD C. WASIK, Intervenor-Appellant-Respondent.—Judgment unanimously affirmed without costs for reasons stated in decision of Supreme Court, Fallon, J. (Appeals from judgment of Supreme Court, Niagara County, Fallon, J.—art 78.) Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.